IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| NEUROLOGICAL SURGERY ASSOCIATES, | Civil Action No. 12-5600 |
|---|---|
| Plaintiff, | |
| v. | |
| AETNA LIFE INSURANCE CO., | |
| Defendant. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thomas Vecchio, Esquire, hereby enters an appearance on behalf of Defendant Aetna Life Insurance Company and requests that copies of all papers in this action be served upon the undersigned.

                              CONNELLFOLEY LLP
                              Liberty View
                              457 Haddonfield Rd., Ste. 230
                              Cherry Hill, New Jersey 08002
                              (856) 317-7100

                              *Attorneys for Defendants*
                              *Aetna Health Inc., and Aetna Life*
                              *Insurance Company*

Dated: January 10, 2013            By:   *s/Thomas Vecchio*
                                                      Thomas Vecchio, Esquire

2836929-01