IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROLOGICAL SURGERY ASSOCIATES, P.A., a/s/o DAWN OSTRANDER, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, LABORERS LOCAL 754 JOINT BENEFIT FUNDS, ABC CORP. 1-10, <br><br> Defendants. | CIVIL ACTION NO: 2:12-CV-05600 |

## STIPULATION OF DISMISSAL OF LABORERS LCOAL 754 JOINT BENEFIT FUNDS WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff and Laborers Local 754 Joint Benefit Funds, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party, with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorney for Plaintiffs*

Connell Foley LLP

_____
Thomas Vecchio, Esq.
*Attorney for Laborers Local 754 Joint Benefit Funds*

Dated: June __1__, 2013

2858101-01