# EXHIBIT D

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

| | | | | | |
|---|---|---|---|---|---|
| PICA | | | | | PICA |

1. MEDICARE ☐ / MEDICAID ☐ / TRICARE CHAMPUS ☐ / CHAMPVA ☐ / GROUP HEALTH PLAN ☐ / FECA BLK LUNG ☐ / OTHER ☒
1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): O[redacted], D[redacted]
3. PATIENT'S BIRTH DATE: [redacted] SEX: F ☒
4. INSURED'S NAME: O[redacted], D[redacted]

5. PATIENT'S ADDRESS: [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: [redacted]

8. PATIENT STATUS: Other ☒

9. OTHER INSURED'S NAME: O[redacted], D[redacted]
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER: [redacted]
a. EMPLOYMENT? (Current or Previous): NO ☒
a. INSURED'S DATE OF BIRTH: [redacted] SEX: F ☒

b. OTHER INSURED'S DATE OF BIRTH: [redacted] SEX: F ☒
b. AUTO ACCIDENT? YES ☒ PLACE (State): [blank]
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? NO ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME: AETNA USHC

d. INSURANCE PLAN NAME OR PROGRAM NAME: PROCURA
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File — DATE 04 08 2011
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17b. NPI:
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? NO / $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 722.10 LUMBAR DISC DISPLACE
2. 724.2 LUMBAGO
3. 724.4 LUMBOSACRAL NEURITIS
4. 724.02 SPINAL STENOSIS LUMB

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (CPT/HCPCS / MODIFIER) | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 04 08 11 / 04 08 11 | 21 | 02 | 63047 / 59 | 1234 | 96423 00 | 1 | | NPI | |
| 04 08 11 / 04 08 11 | 21 | 02 | 63048 / 59 | 1234 | 11513 00 | 1 | | NPI | |
| 04 08 11 / 04 08 11 | 21 | 02 | 63030 / 59 | 1234 | 30123 00 | 1 | | NPI | |
| 04 08 11 / 04 08 11 | 21 | 02 | 22630 | 1234 | 35522 00 | 1 | | NPI | |
| 04 08 11 / 04 08 11 | 21 | 02 | 22630 / 59 | 1234 | 35522 00 | 1 | | NPI | |
| 04 08 11 / 04 08 11 | 21 | 02 | 22851 | 1234 | 11360 00 | 1 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 27-4820490 EIN ☒
26. PATIENT'S ACCOUNT NO.: [redacted]
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: $ 257117 00
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 257117 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: JOHN CIFELLI, MD — DATE 04 08 2011
32. SERVICE FACILITY LOCATION INFORMATION:
ST MARY'S HOSPITAL
350 BOULEVARD
PASSAIC, NJ 07055
a. 1699746[redacted]

33. BILLING PROVIDER INFO & PH #: 973 777 9279
NEUROLOGICAL SURGERY ASSOCIATES, PA
1054 CLIFTON AVENUE
CLIFTON NJ 07013
a. 12957[redacted]

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB-0938-0999 FORM CMS-1500 (08)

CIF000004

Case 2:12-cv-05600-SRC-CLW Document 17-4 Filed 11/07/13 Page 3 of 8 PageID: 244

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE — SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]
7. INSURED'S ADDRESS (No., Street)

CITY — STATE
8. PATIENT STATUS: Single [ ] Married [ ] Other [X]
CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code)
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]
ZIP CODE — TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO
a. INSURED'S DATE OF BIRTH — SEX: F [X]

b. OTHER INSURED'S DATE OF BIRTH — SEX: F [X]
b. AUTO ACCIDENT? [ ] YES [ ] NO — PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? [ ] YES [X] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME
**AETNA USHC**

d. INSURANCE PLAN NAME OR PROGRAM NAME
**PROCURA**
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES [ ] NO If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE ... Signature on File. DATE 04 08 2011
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE ... Signature on File

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP):
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM — TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM — TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? [ ] YES [ ] NO — $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line)
1. 722 10 LUMBAR DISC DISPLACE
2. 724 2 LUMBAGO
3. 724 4 LUMBOSACRAL NEURITIS
4. 724 02 SPINAL STENOSIS LUMB

22. MEDICAID RESUBMISSION CODE — ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| # | DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 08 11 | 04 08 11 | 21 | 02 | 22551 | 1234 | 11350 00 | 1 | | NPI | |
| 2 | 04 08 11 | 04 08 11 | 21 | 02 | 22840 | 1234 | 18178 00 | 1 | | NPI | |
| 3 | 04 08 11 | 04 08 11 | 21 | 02 | 20936 | 1234 | 1877 00 | 1 | | NPI | |
| 4 | 04 08 11 | 04 08 11 | 21 | 02 | 20930 | 1234 | 1819 00 | 1 | | NPI | |
| 5 | 04 08 11 | 04 08 11 | 21 | 02 | 69990 | 1234 | 4000 00 | 1 | | NPI | |
| 6 | 04 08 11 | 04 08 11 | 21 | 02 | 77002 | 26 | 1234 | 413 00 | 1 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 27-4820490 [X] EIN
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? [X] YES [ ] NO
28. TOTAL CHARGE: $ 267117 00
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 257117 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
JOHN CIFELLI, MD
04 08 2011

32. SERVICE FACILITY LOCATION INFORMATION
ST. MARY'S HOSPITAL
350 BOULEVARD
PASSAIC, NJ 07055

33. BILLING PROVIDER INFO & PH # (973) 777 9279
NEUROLOGICAL SURGERY ASSOCIATES, PA
1054 CLIFTON AVENUE
CLIFTON NJ 07013

NUCC Instruction Manual available at www.nucc.org — PLEASE PRINT OR TYPE — APPROVED OMB-0938-0999 FORM CMS-1500 (08)

CIF000005

# HEALTH INSURANCE CLAIM FORM

1500
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

[ ] PICA

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE  SEX  F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse [ ] Child [ ] Other [ ]
7. INSURED'S ADDRESS (No., Street)

CITY  STATE
8. PATIENT STATUS  Single [ ] Married [ ] Other [X]
CITY  STATE

ZIP CODE  TELEPHONE (Include Area Code)
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]
ZIP CODE  TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO
a. INSURED'S DATE OF BIRTH  SEX M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH  SEX M [ ] F [X]
b. AUTO ACCIDENT? [X] YES [ ] NO  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? [ ] YES [X] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME
AETNA USHC

d. INSURANCE PLAN NAME OR PROGRAM NAME
PROCURA
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES [ ] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature on File  DATE  04 08 2011

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature on File

14. DATE OF CURRENT ILLNESS / INJURY / PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? [ ] YES [ ] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)
1. 722 10 LUMBAR DISC DISPLACE
3. 724 4 LUMBOSACRAL NEURITIS
2. 724 2 LUMBAGO
4. 724 02 SPINAL STENOSIS LUMB

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| # | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 08 11 | 04 08 11 | 21 | 02 | 36220 | | 1234 | 776 00 | 1 | | | NPI |
| 2 | 04 08 11 | 04 08 11 | 21 | 02 | 20926 | | 1234 | 2502 00 | 1 | | | NPI |
| 3 | 04 08 11 | 04 08 11 | 21 | 02 | 22899 | 59 | 1234 | 2000 00 | 1 | | | NPI |
| 4 | 04 08 11 | 04 08 11 | 21 | 02 | 22899 | 59 | 1234 | 2000 00 | 1 | | | NPI |
| 5 | 04 08 11 | 04 08 11 | 21 | 02 | 22612 | | 1234 | 36622 00 | 1 | | | NPI |
| 6 | 04 08 11 | 04 08 11 | 21 | 02 | 20937 | | 1234 | 2502 00 | 1 | | | NPI |

25. FEDERAL TAX I.D. NUMBER  27-4620490  [X] EIN
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? [X] YES [ ] NO
28. TOTAL CHARGE  $ 267117 00
29. AMOUNT PAID  $ 0 00
30. BALANCE DUE  $ 267117

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
JOHN CIFELLI, MD
SIGNED  04 08 2011

32. SERVICE FACILITY LOCATION INFORMATION
ST MARY'S HOSPITAL
350 BOULEVARD
PASSAIC, NJ 07055
1699748

33. BILLING PROVIDER INFO & PH #  973 777 9279
NEUROLOGICAL SURGERY ASSOCIATES, PA
1054 CLIFTON AVENUE
CLIFTON, NJ 07013
1295703

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-0999 FORM CMS-1500 (08)

CIF000006

# HEALTH INSURANCE CLAIM FORM

[1500]

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER | (For Program in item 1) |
| 2. PATIENT'S NAME | 3. PATIENT'S BIRTH DATE / SEX F[X] | 4. INSURED'S NAME |
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self[X] | 7. INSURED'S ADDRESS (No., Street) |
| CITY / STATE | 8. PATIENT STATUS — Other[X] | CITY / STATE |
| ZIP CODE / TELEPHONE | | ZIP CODE / TELEPHONE |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? NO[X] | a. INSURED'S DATE OF BIRTH / SEX F[X] |
| b. OTHER INSURED'S DATE OF BIRTH / SEX F[X] | b. AUTO ACCIDENT? YES[X] PLACE | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? NO[X] | c. INSURANCE PLAN NAME OR PROGRAM NAME  AETNA USHC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME  PROCURA | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES[X] NO |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature on File    DATE 04 08 2011

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature on File

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 722.10 LUMBAR DISC DISPLACE
2. 724.2 LUMBAGO
3. 724.4 LUMBOSACRAL NEURITIS
4. 724.02 SPINAL STENOSIS LUMB

| 24.A DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 04 08 11  04 08 11 | 21 | 02 | 38250 | 1234 | 4408 00 | 1 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 27-4620490 [X] EIN

27. ACCEPT ASSIGNMENT? YES[X]

28. TOTAL CHARGE $ 257117 00
29. AMOUNT PAID $ 0 00
30. BALANCE DUE $ 257117 0

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
JOHN CIFELLI, MD
SIGNED  04 08 2011

32. SERVICE FACILITY LOCATION INFORMATION
ST MARYS HOSPITAL
350 BOULEVARD
PASSAIC, NJ 07055
1699745

33. BILLING PROVIDER INFO & PH # 973 777 9278
NEUROLOGICAL SURGERY ASSOCIATES, PA
1054 CLIFTON AVENUE
CLIFTON NJ 07013
1295

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08

# HEALTH INSURANCE CLAIM FORM

1500
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

| | PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER [X] | 1a. INSURED'S I.D. NUMBER | | (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE / SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS: Other [X]

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. EMPLOYMENT? [X] NO
b. AUTO ACCIDENT? [X] YES  NO
c. OTHER ACCIDENT? [X] NO

d. INSURANCE PLAN NAME OR PROGRAM NAME: **PROCURA**

a. INSURED'S DATE OF BIRTH / SEX: F [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: **AETNA USHC**
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  DATE 04 08 2011
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY

1. 722.10 LUMBAR DISC DISPLACE
2. 724.2 LUMBAGO
3. 724.4 LUMBOSACRAL NEURITIS
4. 724.02 SPINAL STENOSIS LUMB

| # | DATE(S) OF SERVICE From / To | PLACE | EMG | CPT/HCPCS | MOD | DIAG PTR | $ CHARGES | DAYS | EPSDT | ID QUAL | RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 08 11 / 04 08 11 | 21 | 02 | 63047 | 59 AS | 1234 | 38423 00 | 1 | | NPI | |
| 2 | 04 08 11 / 04 08 11 | 21 | 02 | 63048 | 59 AS | 1234 | 11613 00 | 1 | | NPI | |
| 3 | 04 08 11 / 04 08 11 | 21 | 02 | 63030 | 59 AS | 1234 | 30128 00 | 1 | | NPI | |
| 4 | 04 08 11 / 04 08 11 | 21 | 02 | 22630 | AS | 1234 | 38622 00 | 1 | | NPI | |
| 5 | 04 08 11 / 04 08 11 | 21 | 02 | 22630 | 50 AS | 1234 | 38622 00 | 1 | | NPI | |
| 6 | 04 08 11 / 04 08 11 | 21 | 02 | 22851 | AS | 1234 | 11960 00 | 1 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 27-4620490
28. TOTAL CHARGE: $250030.00
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $250030

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SARAH BODIE, PA-C  04 08 2011
32. SERVICE FACILITY LOCATION: ST MARY'S HOSPITAL, 350 BOULEVARD, PASSAIC, NJ 07055
33. BILLING PROVIDER INFO & PH #: 973 777 9279  NEUROLOGICAL SURGERY ASSOCIATES, PA  1054 CLIFTON AVENUE  CLIFTON NJ 07013

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-0999 FORM CMS-1500

CIF000008

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

| | |
|---|---|
| PICA | PICA |

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE: 01 06 1968  SEX: F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street)

CITY / STATE
8. PATIENT STATUS: Single ☐ Married ☐ Other ☒
Employed ☐ Full-Time Student ☐ Part-Time Student ☐
CITY / STATE

ZIP CODE / TELEPHONE
ZIP CODE / TELEPHONE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO
a. INSURED'S DATE OF BIRTH / SEX: F ☒

b. OTHER INSURED'S DATE OF BIRTH / SEX: F ☒
b. AUTO ACCIDENT? ☒ YES ☐ NO  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? ☐ YES ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: **AETNA USHC**

d. INSURANCE PLAN NAME OR PROGRAM NAME: **PROCURA**
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File  DATE 04 08 2011

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM / TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM / TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐ YES ☐ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 722.10 LUMBAR DISC DISPLACE
2. 724.2 LUMBAGO
3. 724.4 LUMBOSACRAL NEURITIS
4. 724.02 SPINAL STENOSIS LUMB

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| # | DATE(S) OF SERVICE From MM DD YY | To MM DD YY | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID QUAL | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 08 11 | 04 08 11 | 21 | 02 | 22851 | AS | 1234 | 11360 00 | 1 | | NPI | |
| 2 | 04 08 11 | 04 08 11 | 21 | 02 | 22840 | AS | 1234 | 16175 00 | 1 | | NPI | |
| 3 | 04 08 11 | 04 08 11 | 21 | 02 | 69990 | AS | 1234 | 4000 00 | 1 | | NPI | |
| 4 | 04 08 11 | 04 08 11 | 21 | 02 | 22899 | 59 AS | 1234 | 2000 00 | 1 | | NPI | |
| 5 | 04 08 11 | 04 08 11 | 21 | 02 | 22899 | 59 AS | 1234 | 2000 00 | 1 | | NPI | |
| 6 | 04 08 11 | 04 08 11 | 21 | 02 | 22612 | AS | 1234 | 36622 00 | 1 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 27-4820490  EIN ☒
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO
28. TOTAL CHARGE: $ 250030 00
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 250030 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SARAH BODIE, PA-C
SIGNED  DATE 04 08 2011

32. SERVICE FACILITY LOCATION INFORMATION
ST MARY'S HOSPITAL
350 BOULEVARD
PASSAIC, NJ 07055
1699748...

33. BILLING PROVIDER INFO & PH # 973 777 9279
NEUROLOGICAL SURGERY ASSOCIATES, PA
1054 CLIFTON AVENUE
CLIFTON NJ 07013
a. 1396079...

NUCC Instruction Manual available at www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB-0938-0999 FORM CMS-1500 (08)

CIF000009

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AETNA USHC
PO BOX 981106
EL PASO, TX 79998

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLKLUNG ☐ OTHER ☒ (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE — SEX M☐ F☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street)

CITY / STATE
8. PATIENT STATUS: Single ☐ Married ☐ Other ☒
Employed ☐ Full-Time Student ☐ Part-Time Student ☐
CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code)
ZIP CODE / TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO
a. INSURED'S DATE OF BIRTH — SEX M☐ F☒

b. OTHER INSURED'S DATE OF BIRTH — SEX M☐ F☒
b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? ☐ YES ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME
AETNA USHC

d. INSURANCE PLAN NAME OR PROGRAM NAME
PROCURA
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File   DATE 04 08 2011

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM — TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM — TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 722.10 LUMBAR DISC DISPLACE
2. 724.2 LUMBAGO
3. 724.4 LUMBOSACRAL NEURITIS
4. 724.02 SPINAL STENOSIS LUMB

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

24. 
| # | DATE(S) OF SERVICE From / To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID QUAL | RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 08 11 / 04 08 11 | 21 | 02 | 20937 | AS | 1234 | 2502.00 | 1 | | NPI | |
| 2 | 04 08 11 / 04 08 11 | 21 | 02 | 38230 | AS | 1234 | 4406.00 | 1 | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
27-4520460
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO
28. TOTAL CHARGE $ 250030.00
29. AMOUNT PAID $ 0.00
30. BALANCE DUE 250030

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SARAH BODIE, PA-C
SIGNED 04 08 2011

32. SERVICE FACILITY LOCATION INFORMATION
ST MARY'S HOSPITAL
350 BOULEVARD
PASSAIC, NJ 07055

33. BILLING PROVIDER INFO & PH # 973 777 9279
NEUROLOGICAL SURGERY ASSOCIATES, PA
1054 CLIFTON AVENUE
CLIFTON NJ 07013

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500

CIF000010