# EXHIBIT E

023876  M1K2PJA  064310


P.O. BOX 981106
EL PASO TX 79998-1106
USA

# EXPLANATION OF BENEFITS

Please Retain for Future Reference
NEUROGICAL SURGERY ASSOCIATES PA / PIN: 0009966647
Check No: 08608-022478904
Page 2 of 2 (1)

NEUROGICAL SURGERY ASSOCIATES PA
1054 CLIFTON AVE
CLIFTON NJ 07013-3638

| | |
|---|---|
| Date Printed: | 05/12/2011 |
| Tax Identification Number: | XXXXXXXX0490 |

**Notes:**
Update your address, telephone number, email address and/or NPI information by visiting www.aetna.com/provweb/, www.aetnadental.com or www.aetnaglobalbenefits.com and select Update Personal Information.

## Patient Name: D____O____ ____ _(Spouse)_

Claim ID: ____   Recd: 04/18/11   Member ID: ____   Patient Account: ____
Member: D____
Group Name: **LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS**
Product: **Aetna Open Access® Managed Choice®**
Aetna Life Insurance Company

DIAG: **72210 7242 7244**
Group Number: ____
Network ID: **00000**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 7700226 | | 413.00 | | | 413.00 | 1 | | | 413.00 | 0.00 |
| 04/08/11 | 21 | 69990 | 1.0 | 4,000.00 | | | 2,350.00 | 2 | | 660.00 | 3,010.00 | 990.00 |
| 04/08/11 | 21 | 6304859 | | 11,813.00 | | | 11,813.00 | 3 | | | 11,813.00 | 0.00 |
| 04/08/11 | 21 | 6304759 | | 36,423.00 | | | 36,423.00 | 3 | | | 36,423.00 | 0.00 |
| 04/08/11 | 21 | 6303059 | | 30,123.00 | | | 30,123.00 | 3 | | | 30,123.00 | 0.00 |
| 04/08/11 | 21 | 38230 | 1.0 | 4,408.00 | | | 3,717.25 | 4 | | 276.30 | 3,993.55 | 414.45 |
| **TOTALS** | | | | **87,180.00** | | | **84,839.25** | | | **936.30** | **85,775.55** | **1,404.45** |

ISSUED AMT:          $1,404.45

**Remarks:**
1 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  The charge for this service does not meet this requirement of the member's plan of benefits because this service is considered incidental to another procedure performed on the same date of service.  U71
2 - The member's plan provides benefits for covered expenses at the prevailing charge level, as determined by Aetna, made for the service in the geographical area where it is provided.  You may bill the member for the difference between the submitted and paid charges.  517
3 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  The charge for this service does not meet this requirement of the member's plan of benefits because this service is considered incidental to another procedure performed on the same date of service.  V51
4 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  This procedure has been paid at the reasonable and customary rate which is 25% of the single procedure rate due to multiple surgical procedures performed on the same date of service.  U67

For Questions Regarding This Claim
P.O. BOX 981106 EL PASO, TX  79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
Note: All inquiries should reference the ID number above for prompt response.

Total Patient Responsibility:          $85,775.55
Claim Payment:          $1,404.45

| Total Payment to: NEUROGICAL SURGERY ASSOCIATES PA | $1,404.45 |
|---|---|

Protecting the privacy of member health information is a top priority at Aetna. When contacting us about this statement or for help with other questions, please be prepared to provide your Aetna provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the Aetna member's ID number.

018650 M1K2PJA 052387



P.O. BOX 981106
EL PASO TX 79998-1106
USA

# EXPLANATION OF BENEFITS

Please Retain for Future Reference
NEUROGICAL SURGERY ASSOCIATES PA / PIN: 0009966647
Check No: 08608-022436361
Page 2 of 4 (1)

NEUROGICAL SURGERY ASSOCIATES PA
1054 CLIFTON AVE
CLIFTON NJ 07013-3638

| Date Printed: | 05/10/2011 |
|---|---|
| Tax Identification Number: | XXXXXXXX0490 |

**Notes:**

Update your address, telephone number, email address and/or NPI information by visiting www.aetna.com/provweb/, www.aetnadental.com or www.aetnaglobalbenefits.com and select Update Personal Information.

**Patient Name: D___ O___** (Spouse)

Claim ID:_____ Recd: 04/18/11  Member ID:_____  Patient Account:_____

Member: D___O___                                                                                DIAG: 72210 7242 7244
Group Name: LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS                    Group Number:_____
Product: Aetna Open Access® Managed Choice®                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 20926 | 1.0 | 2,502.00 | | | 502.00 | 1 | | 800.00 | 1,302.00 | 1,200.00 |
| TOTALS | | | | 2,502.00 | | | 502.00 | | | 800.00 | 1,302.00 | 1,200.00 |

ISSUED AMT:        $1,200.00

Remarks:
1 - The member's plan provides benefits for covered expenses at the prevailing charge level, as determined by Aetna, made for the service in the geographical area where it is provided.  You may bill the member for the difference between the submitted and paid charges. 517

Claim ID:_____ Recd: 04/18/11  Member ID:_____  Patient Account:_____

Member: D___O___                                                                                DIAG: 72210 7242 7244
Group Name: LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS                    Group Number:_____
Product: Aetna Open Access® Managed Choice®                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 38220 | 1.0 | 776.00 | | | 601.00 | 1 | | 35.00 | 636.00 | 140.00 |
| 04/08/11 | 21 | 2289959 | | 2,000.00 | | | 2,000.00 | 2 | | | 2,000.00 | 0.00 |
| 04/08/11 | 21 | 2289959 | 1.0 | 2,000.00 | | | 1,625.00 | 3 | | 75.00 | 1,700.00 | 300.00 |
| 04/08/11 | 21 | 22851 | 1.0 | 11,360.00 | | | 860.00 | 4 | | 581.55 | 581.55 | 9,918.45 |
| 04/08/11 | 21 | 22851 | 1.0 | 11,360.00 | | | 860.00 | 4 | | | | 10,500.00 |
| 04/08/11 | 21 | 22840 | 1.0 | 18,175.00 | | | 1,175.00 | 4 | | | | 17,000.00 |
| TOTALS | | | | 45,671.00 | | | 7,121.00 | | | 691.55 | 4,917.55 | 37,858.45 |

ISSUED AMT:        $37,858.45

Remarks:
1 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  This procedure has bee paid at 50% of the reasonable and customary rate due to multiple procedures performed on the same date of service.  U65
2 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  This procedure exceeds the maximum number of services allowed under Aetna's guidelines for a single date of service.  U55
3 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  This procedure has been paid at the reasonable and customary rate which is 25% of the single procedure rate due to multiple surgical procedures performed on the same date of service.  U67
4 - The member's plan provides benefits for covered expenses at the reasonable charge as determined by Aetna, for the service in the geographical area where it is provided.  In certain circumstances, especially where the service is unusual or not often provided in the geographical area, the reasonable charge may be determined by considering other factors, including the prevailing charge on other areas.  You are not part of our network and therefore we cannot prevent you from billing the member for any balance. But if you do, we reserve the

Continued on Next Page



**˄Aetna.®** P.O. BOX 981106
EL PASO TX 79998-1106
USA

# EXPLANATION OF BENEFITS

Please Retain for Future Reference
JOHN R CIFELLI MD / PIN: 0007257240
Check No: 08608-022538581
Page 2 of 3

| | |
|---|---|
| Date Printed: | 05/18/2011 |
| Tax Identification Number: | XXXXXXXX3760 |

JOHN R CIFELLI MD
1054 CLIFTON AVE
CLIFTON NJ 07013-3638

**Notes:**

Update your address, telephone number, email address and/or NPI information by visiting www.aetna.com/provweb/, www.aetnadental.com
or www.aetnaglobalbenefits.com and select Update Personal Information.

**Patient Name: D████ O███████** (Spouse)

Claim ID: ████████████  Recd: 04/18/11  Member ID: ████████  Patient Account: ███████
Member: D███ O██████████                                                                DIAG: 72210 7242 7244
Group Name: LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS                          Group Number: 4████████
Product: Aetna Open Access® Managed Choice®                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 22612 | 1.0 | 38,622.00 | | | 4,780.00 | 1 | | | 4,780.00 | 33,842.00 |
| TOTALS | | | | 38,622.00 | | | 4,780.00 | | | | 4,780.00 | 33,842.00 |

ISSUED AMT:          $33,842.00

Remarks:
1 - The member's plan provides benefits for covered expenses at the prevailing charge level, as determined by Aetna, made for the service in the
   geographical area where it is provided.  You may bill the member for the difference between the submitted and paid charges. 517

Claim ID: ████████████  Recd: 04/18/11  Member ID: ████████  Patient Account: ███████
Member: D███ O██████████                                                                DIAG: 72210 7242 7244
Group Name: LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS                          Group Number: 4████████
Product: Aetna Open Access® Managed Choice®                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 2263050 | | 38,622.00 | | | 38,622.00 | 1 | | | 38,622.00 | 0.00 |
| 04/08/11 | 21 | 22630 | 1.0 | 38,622.00 | | | 6,057.00 | 2 | | 1,044.30 | 7,101.30 | 31,520.70 |
| 04/08/11 | 21 | 20937 | 1.0 | 2,502.00 | | | 452.00 | 2 | | | 452.00 | 2,050.00 |
| 04/08/11 | 21 | 20936 | 1.0 | 1,877.00 | | | 838.00 | 2 | | | 838.00 | 1,039.00 |
| 04/08/11 | 21 | 20930 | 1.0 | 1,519.00 | | | 219.00 | 2 | | | 219.00 | 1,300.00 |
| TOTALS | | | | 83,142.00 | | | 46,188.00 | | | 1,044.30 | 47,232.30 | 35,909.70 |

ISSUED AMT:          $35,909.70

Remarks:
1 - Payment has been made based on one unit since this primary procedure should not be billed as multiple units.  Please resubmit additional
   units with appropriate Add-on code.
2 - The member's plan provides benefits for covered expenses at the prevailing charge level, as determined by Aetna, made for the service in the
   geographical area where it is provided.  You may bill the member for the difference between the submitted and paid charges. 517

For Questions Regarding This Claim
P.O. Box 981106 EL PASO, TX  79998-1106
**CALL (888) 632-3862 FOR ASSISTANCE**
Note: All Inquiries should reference the ID number above for prompt response.

| | |
|---|---|
| Total Patient Responsibility: | $52,012.30 |
| Claim Payment: | $69,751.70 |



**Aetna**
P.O. BOX 981106
EL PASO TX 79998-1106
USA

# EXPLANATION OF BENEFITS

Please Retain for Future Reference
NEUROGICAL SURGERY ASSOCIATES PA / PIN: 0009966647
Check No: 08608-022436361
Page 3 of 4 (1)

**Patient Name: D▓▓▓ O▓▓▓▓▓▓ (Spouse)**

Remarks (cont):
right to challenge your bill. 735

Claim ID:▓▓▓▓▓0  Recd: 04/18/11   Member ID:▓▓▓▓▓▓   Patient Account: ▓▓▓▓
Member: D▓▓ O▓▓▓▓▓▓
Group Name: LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS                                            DIAG: 72210 7242 7244
Product: Aetna Open Access® Managed Choice®                                   Group Number:▓▓▓▓▓▓▓▓▓▓
Aetna Life Insurance Company                                                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 69990AS | | 4,000.00 | | | 4,000.00 | 1 | | | 4,000.00 | 0.00 |
| 04/08/11 | 21 | 6304859 AS | 1.0 | 11,813.00 | | | 10,538.60 | 2 | | 254.88 | 254.88 | 1,019.52 |
| 04/08/11 | 21 | 6304759 AS | 1.0 | 36,423.00 | | | 33,068.64 | 2 | | 670.87 | 670.87 | 2,683.49 |
| 04/08/11 | 21 | 6303059 AS | 1.0 | 30,123.00 | | | 28,413.00 | 3 | | 342.00 | 28,755.00 | 1,368.00 |
| 04/08/11 | 21 | 38230AS | | 4,408.00 | | | 4,408.00 | 1 | | | 4,408.00 | 0.00 |
| 04/08/11 | 21 | 2289959 AS | | 2,000.00 | | | 2,000.00 | 1 | | | 2,000.00 | 0.00 |
| **TOTALS** | | | | **88,767.00** | | | **82,428.24** | | | **1,267.75** | **40,088.75** | **5,071.01** |

ISSUED AMT:                    $5,071.01

Remarks:
1 - The prevailing reimbursement for this surgery includes any elective services of a surgeon or nurse assisting the operating surgeon.
Therefore, the charge for the assistant surgeon, co-surgeon, or surgical team is not covered under the member's plan. 377
2 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna. This has been paid following
Aetna's guidelines for multiple procedures and services performed on the same date of service. U14
3 - The member's plan provides coverage for charges that are reasonable and appropriate as determined by Aetna. This procedure has bee paid at
50% of the reasonable and customary rate due to multiple procedures performed on the same date of service. U65

Claim ID:▓▓▓▓▓▓   Recd: 04/18/11   Member ID:▓▓▓▓▓▓   Patient Account: ▓▓▓▓▓
Member: D▓▓ O▓▓▓▓▓▓
Group Name: LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS                                            DIAG: 72210 7242 7244
Product: Aetna Open Access® Managed Choice®                                   Group Number:▓▓▓▓▓▓▓▓
Aetna Life Insurance Company                                                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/11 | 11 | 99215 | 1.0 | 400.00 | | | 130.00 | 1 | 26.00 | 97.60 | 253.60 | 146.40 |
| **TOTALS** | | | | **400.00** | | | **130.00** | | **26.00** | **97.60** | **253.60** | **146.40** |

ISSUED AMT:                    $146.40

Remarks:
1 - The member's plan provides benefits for covered expenses at the prevailing charge level, as determined by Aetna, made for the service in the
geographical area where it is provided. You may bill the member for the difference between the submitted and paid charges. 517

For Questions Regarding This Claim
P.O. BOX 981106 EL PASO, TX  79998-1106
**CALL (888) 632-3862 FOR ASSISTANCE**
Note: All Inquiries should reference the ID number above for prompt response.

Total Patient Responsibility:            $46,561.90
Claim Payment:                           $44,275.86

018650  M1K2PJA   52387B



P.O. BOX 981106
EL PASO TX 79998-1106
USA

006946  M1K2PHA  009373

# EXPLANATION OF BENEFITS

Please Retain for Future Reference
NEUROGICAL SURGERY ASSOCIATES PA / PIN: 0009966647
Page 1 of 1 (1)

NEUROGICAL SURGERY ASSOCIATES PA
1054 CLIFTON AVE
CLIFTON NJ 07013-3638

| Date Printed: | 04/26/2011 |
|---|---|
| Tax Identification Number: | XXXXXXXX0490 |

**Notes:**
Update your address, telephone number, email address and/or NPI information by visiting www.aetna.com/provweb/, www.aetnadental.com or www.aetnaglobalbenefits.com and select Update Personal Information.

## Patient Name: D___ O_____ (Spouse)

Claim ID: _____   Recd: 04/18/11   Member ID: _____1   Patient Account: _____
Member: D___ O_____
Group Name: **LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS**
Product: **Aetna Open Access® Managed Choice®**
Aetna Life Insurance Company

DIAG: **72210 7242 7244**
Group Number: _____
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 22612AS | | 38,622.00 | | | 38,622.00 | 1 | | | 38,622.00 | 0.00 |
| 04/08/11 | 21 | 20937AS | | 2,502.00 | | | 2,502.00 | 1 | | | 2,502.00 | 0.00 |
| TOTALS | | | | 41,124.00 | | | 41,124.00 | | | | 41,124.00 | 0.00 |

ISSUED AMT:               NO PAY

**Remarks:**
1 - A claim has not been received from the primary surgeon. Assistant surgery claim is not eligible unless a claim for the same procedure is received from the primary surgeon. Please check with the primary surgeon and resubmit after the primary surgeon has submitted his/her claim. X37

Claim ID: _____   Recd: 04/18/11   Member ID: _____   Patient Account: _____
Member: D___ O_____
Group Name: **LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS**
Product: **Aetna Open Access® Managed Choice®**
Aetna Life Insurance Company

DIAG: **7220 72210 7242**
Group Number: _____
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/11 | 11 | 99245 | 1.0 | 700.00 | | | 226.00 | 1 | 474.00 | | 474.00 | 0.00 |
| TOTALS | | | | 700.00 | | | 226.00 | | 474.00 | | 474.00 | 0.00 |

ISSUED AMT:               NO PAY

**Remarks:**
1 - This claim was paid in accordance with the MultiPlan/Viant agreement. The member is not responsible for this charge. X58

For Questions Regarding This Claim
P.O. BOX 981106
EL PASO, TX  79998-1106
CALL (888) 632-3862 FOR ASSISTANCE
Note: All inquiries should reference the ID number above for prompt response.

| Total Patient Responsibility: | $41,598.00 |
|---|---|
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority at Aetna. When contacting us about this statement or for help with other questions, please be prepared to provide your Aetna provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the Aetna member's ID number.

014606  M1K2PJA  038300

 **Aetna®**  P.O. BOX 981106
EL PASO TX 79998-1106
USA

# EXPLANATION OF BENEFITS

Please Retain for Future Reference
NEUROGICAL SURGERY ASSOCIATES PA / PIN: 0009966647
Check No: 08608-022499225
Page 2 of 2 (1)

| Date Printed: | 05/13/2011 |
|---|---|
| Tax Identification Number: | XXXXXXXX0490 |

NEUROGICAL SURGERY ASSOCIATES PA
1054 CLIFTON AVE
CLIFTON NJ 07013-3638

**Notes:**

Update your address, telephone number, email address and/or NPI information by visiting www.aetna.com/provweb/, www.aetnadental.com or www.aetnaglobalbenefits.com and select Update Personal Information.

## Patient Name: D█████-O█████████ (Spouse)

Claim ID:████████ Recd: 04/18/11  Member ID:████████  Patient Account:██████

DIAG: **72210 7242 7244**

Member: D███████ OS███████

Group Name: **LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS**

Group Number:█████████

Product: **Aetna Open Access® Managed Choice®**

Network ID: **00000**

**Aetna Life Insurance Company**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/11 | 21 | 22630AS | 1.0 | 38,622.00 | | | 34,714.20 | 1 | | 1,563.12 | 36,277.32 | 2,344.68 |
| **TOTALS** | | | | **38,622.00** | | | **34,714.20** | | | **1,563.12** | **36,277.32** | **2,344.68** |

**ISSUED AMT:**          $2,344.68

**Remarks:**

1 - The covered medical expense is based on an Aetna determination of a reasonable charge in the area or negotiated rate in the network for the services performed, as well as adjustment of procedure codes or application of multiple procedure percentage allowances. You may bill the member for the difference between the submitted and paid charges. 616

For Questions Regarding This Claim
P.O. BOX 981106 EL PASO, TX 79998-1106
CALL (888) 632-3862 FOR ASSISTANCE
Note: All Inquiries should reference the ID number above for prompt response.

Total Patient Responsibility:          $36,277.32

Claim Payment:          $2,344.68

**Total Payment to: NEUROGICAL SURGERY ASSOCIATES PA**          **$2,344.68**

Protecting the privacy of member health information is a top priority at Aetna. When contacting us about this statement or for help with other questions, please be prepared to provide your Aetna provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the Aetna member's ID number.