# EXHIBIT H



Aetna Provider Services
PO Box 981106
El Paso, TX 79998-1106
1-888-632-3862
OBC101AA 6306 01 01 00

11-30-2011

DCN# 111130077550

NEUROLOGICAL SURGICAL ASSOCIAT
1054 CLIFTON AVE
CLIFTON, NJ 07013-3638

Provider: NEUROLOGICAL SURGICAL ASSOCIAT
Date(s) of Service: 04-08-2011
Patient Account Number:
Claim Number(s):                          and
Patient's Name:
Subscriber's ID:

Dear Health Care Professional:

**We did not receive your review request within the allowed filing timeframe**
We are writing in response to your request for a review of our payment decision regarding the claim(s) referenced above. According to our policy, a claim payment decision review request must be filed within 180 days of the initial claim decision.

Because the initial claim decision was on 04-26-2011, and we did not receive your request until 11-28-2011, our previous decision regarding these charges remains unchanged. Therefore, we will make no additional payment on the claim(s) referenced above.

If you do not agree with our decision, you may appeal this decision in writing, or you may call our Provider Service Centers at the phone number listed below. A complete description of your appeal rights and submission timeframes can be found at www.aetna.com. Select "for Health Care Professionals", "Medical," then "Dispute Process."

Submit your appeal, along with a copy of this letter to:

Aetna Provider Resolution Team
P.O. Box 14020
Lexington, KY 40512

**Information available any time**
As a reminder, we offer several self-service solutions to reduce your administrative burdens and speed up the service you receive:

- For information on patient eligibility, benefits, claims, and much more log onto our secure provider website via NaviNet®. Visit www.aetna.com, click on "Health Care Professionals," "Medical," and "Log In". Once logged in, under "Plan Central," select "Aetna Health Plan."

- Call our automated voice response system, Aetna Voice Advantage®, day or night to check claim status, verify patient coverage, benefits information, request faxed copies of claim and eligibility functions, Pre-certification, and more. You can access this system using the phone numbers listed below.

**We are also available to answer your questions**

CIF000017