Thomas Vecchio, Esquire (042192004)
Olivia F. Cleaver, Esquire (025532005)
CONNELL FOLEY LLP
Liberty View Building
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey 08002
Tel: (856) 317-7100
Fax: (856) 317-7117

*Attorneys for Defendant Aetna Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROLOGICAL SURGERY ASSOCIATES on assignment of D.O.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:12-cv-5600 (SRC-CLW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Thomas Vecchio, Esquire, attorney for Defendant Aetna Life Insurance Company ("Aetna"), for an Order granting Summary Judgment against Plaintiffs Neurological Surgery Associates a/s/o D.O. and the Court having considered the papers in support of said motion and in opposition thereto, and for good cause shown;

**IT IS** on this _____ day of _____ 2013, **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Aetna Life Insurance Company and against Plaintiffs Neurological Surgery Associates a/s/o D.O.;

**IT IS FURTHER ODERED** that a copy of this Order be served upon all parties within

\_\_\_ days of the date of receipt hereof.

_____

Opposed     [   ]
Unopposed   [   ]