Thomas Vecchio, Esquire (042192004)
Olivia F. Cleaver, Esquire (025532005)
CONNELL FOLEY LLP
Liberty View Building
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey 08002
Tel: (856) 317-7100
Fax: (856) 317-7117

*Attorneys for Defendant Aetna Life Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROLOGICAL SURGERY ASSOCIATES on assignment of D.O., <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:12-cv-5600 (SRC-CLW) <br><br><br> **NOTICE OF MOTION** |

**TO:**   Andrew R. Bronsnick, Esquire
         Massood & Bronsnick, LLP
         50 Packanack Lake Road
         Wayne, NJ 07470
         *Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that Defendant Aetna Life Insurance Company ("Aetna"), by its undersigned counsel, shall move for an Order for summary judgment against Plaintiffs Neurological Surgery Associates on assignment of D.O. before the United States District Court for the District of New Jersey, M.L. King Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark December 2, 2013, at 9:00 a.m. or as soon thereafter as counsel may be heard.

In support of this Motion, Defendant Aetna Life Insurance Company shall rely on the accompanying Memorandum of Law with exhibits.

                                        **CONNELL FOLEY LLP**
Liberty View Building
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey  08002
Tel: (856) 317-7100
Fax: (856) 317-7117

*Attorneys for Defendant*
*Aetna Life Insurance Company*

BY:     */s/ Thomas Vecchio*
            Thomas Vecchio, Esquire

DATE:    November 7, 2013