Thomas Vecchio, Esquire (042192004)
Olivia F. Cleaver, Esquire (025532005)
CONNELL FOLEY LLP
Liberty View Building
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey 08002
Tel: (856) 317-7100
Fax: (856) 317-7117

*Attorneys for Defendant Aetna Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROLOGICAL SURGERY ASSOCIATES on assignment of D.O., <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:12-cv-5600 (SRC-CLW) <br><br><br> **CERTIFICATE OF SERVICE** |

I, Jaime M. Macri, of full age, hereby certify that the within Memorandum of Law in Support of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c) has been filed with the Clerk within the time and in the manner prescribed by the Rules of Court and that a copy of the within pleading has been served this date, ECF and first-class mail, postage prepaid, upon:

Andrew R. Bronsnick, Esquire
Massood & Bronsnick, LLP
50 Packanack Lake Road
Wayne, NJ 07470

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jaime M. Macri

Date:   November 7, 2013

3013408-1