<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br>_____<br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars</td><td align="center"><b>MASSOOD & BRONSNICK, LLC</b><br><br>COUNSELLORS AT LAW<br><br>647 MAIN AVE, SUITE 203<br>Passaic, New Jersey 07055<br>(973) 779-4200<br>Fax (973) 777-7977-f<br><br>Email: ABRONSNICK@MASSOODLAW.COM<br><br>Reply to Passaic</td><td>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>KIMBERLY A. KOPP<br>SUSAN M. MADAR<br><br>PARALEGALS<br>ELIZABETH BABITSCH<br>DARA K. SIERRA<br><br>WAYNE OFFICE<br>50 Packanack Lake Road<br>Wayne, NJ 07470<br>973-696-1900<br>973-696-4211-f</td></tr>
</table>

November 11, 2013

**<u>Via CM/ECF</u>**
Honorable Cathy L. Waldor, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Neurological Surgery Associates, P.A. a/s/o Dawn Ostrander v.*
      *Aetna Life Insurance Company*
      *Civil Action No.: 2:12-cv-05600*

Dear Judge Waldor:

  This office represents Plaintiff in the above-referenced matter. There is currently a Motion for Summary Judgement filed by Defendants returnable before the Honorable Stanley R. Chesler on December 2, 2013.

  Pursuant to L. Civ.R. 7.1(d)(5), Plaintiff respectfully requests that the motions be adjourned to February 18, 2013.

  Thank you for your consideration of this matter.

            Respectfully,

            ANDREW BRONSNICK, ESQ.

cc: Edward S. Wardell, Esq. (Via CM/ECF)
  Thomas Vecchio, Esq. (Via CM/ECF)